IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION - FRANKFORT

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, <br><br> Plaintiff, <br><br> **UNITED STATES OF AMERICA**, <br><br> Proposed Plaintiff-Intervenor, <br><br> v. <br><br> **ALISON LUNDERGAN GRIMES**, et al., <br><br> Defendants. | Civil No. 3:17-CV-94-GFVT-EBA |

## JOINT MOTION FOR ENTRY OF AGREED ORDER

The parties and proposed parties, through their undersigned counsel, respectfully move this Court to enter the accompanying Agreed Order. The parties and proposed parties have negotiated in good faith and agreed to entry of the proposed Agreed Order to resolve all claims in this action and to ensure compliance with Section 8 of the National Voter Registration Act, 52 U.S.C. § 20507. The parties and proposed parties share the goals of (1) improving the accuracy of voter registration records through a general program that makes a reasonable effort to remove the names of ineligible voters from the official lists of registered voters and (2) ensuring that Kentucky residents are not removed from official lists of registered voters absent the procedural safeguards set forth in the NVRA.

WHEREFORE, the parties and proposed parties move that the accompanying Agreed Order be entered by this Court.

AGREED AND CONSENTED TO, JUNE 12, 2018.

For proposed Plaintiff-Intervenor United States of America:

JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division


*/s/ David G. Cooper*
T. CHRISTIAN HERREN, JR.
JOHN A. RUSS, IV
DAVID G. COOPER
MICHELLE RUPP
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW, NWB 7254
Washington, D.C. 20530
Telephone: (202) 307-2767
Facsimile: (202) 307-3961
Email: david.cooper@usdoj.gov


Date: June 12, 2018

For Plaintiff Judicial Watch:

*/s/ Robert D. Popper*
Robert D. Popper
Eric W. Lee
JUDICIAL WATCH, INC.
425 Third Street S.W., Ste. 800
Washington, DC 20024
Telephone: (202) 646-5172
Facsimile: (202) 646-5199
Email: rpopper@judicialwatch.org

Mark A. Wohlander
Wohlander Law Office, PSC
P.O. Box 910483
Lexington, Kentucky 40591
Telephone: (859) 309-1691
Facsimile: (859) 309-1698
Email: mark@wohlanderlaw.com

H. Christopher Coates
Law Offices of H. Christopher Coates
934 Compass Point
Charleston, South Carolina 29412
Telephone: (843) 609-7080
Email: curriecoates@gmail.com

Thomas E. Clay
Clay Daniel Walton & Adams, PLC
462 South Fourth Street, Suite 101
Louisville, Kentucky 40202
Phone: (502) 561-2005
Facsimile: (502) 415-7505
Email: tclay@tclaylaw.com

Date: June 12, 2018

For Defendant Kentucky Secretary of State Alison Lundergan Grimes, in her official capacity:

*/s/ Daniel Luke Morgan*
Daniel Luke Morgan
Stephen Garrett Amato
Katherine K. Yunker
McBrayer, McGinnis, Leslie & Kirkland, PLLC – Lexington
201 E. Main Street, Suite 900
Lexington, KY 40507
Telephone: (859) 231-8780
Facsimile: (859) 281-6480
Email: Lmorgan@mmlk.com

Lynn Sowards Zellen
Kinkead & Stilz, PLLC
301 E. Main Street, Suite 800
Lexington, KY 40507
Telephone: (859) 296-2300
Facsimile: (859) 296-2566
Email: Lzellen@ksattorneys.com

Date: June 12, 2018

For proposed Defendant Commonwealth of Kentucky State Board of Elections, and Defendant board members and Executive Director thereof:


*/s/ Daniel Luke Morgan*
Daniel Luke Morgan
Stephen Garrett Amato
Katherine K. Yunker
McBrayer, McGinnis, Leslie & Kirkland, PLLC – Lexington
201 E. Main Street, Suite 900
Lexington, KY 40507
Telephone: (859) 231-8780
Facsimile: (859) 281-6480
Email: Lmorgan@mmlk.com


Date: June 12, 2018

For proposed Defendant Commonwealth of Kentucky:

ANDY BESHEAR
Kentucky Attorney General

*/s/ Marc G. Farris*
La Tasha Buckner
Assistant Deputy Attorney General, Civil Branch
Marc G. Farris
Assistant Attorney General
Office of the Attorney General
700 Capitol Avenue, Suite 118
Frankfort, KY 40601
Telephone: (502) 696-5300
Facsimile: (502) 564-8310
Email: LaTasha.Buckner@ky.gov

Date: June 12, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2018, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ David G. Cooper*
David G. Cooper
