IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION - FRANKFORT

JUDICIAL WATCH, INC.,

Plaintiff,

UNITED STATES OF AMERICA,

Plaintiff-Intervenor,

v.

ALISON LUNDERGAN GRIMES, et al.,

Defendants.

Civil No. 3:17-CV-94-GFVT-EBA

## ORDER

Upon consideration and for good cause shown, the United States' Motion to Intervene (ECF No. ___) is GRANTED. The United States shall file its Complaint in Intervention as expeditiously as possible.

SO ORDERED.

Signed June 21, 2018.