UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>   Plaintiff, )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff-Intervenor, )<br>)<br>v. )<br>)<br>ALISON LUNDEGRAN GRIMES, et al., )<br>)<br>   Defendants. | Civil No. 3:17-cv-00094-GFVT<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiff Judicial Watch's Motion to Modify and Enforce the Consent Judgment. [R. 45.] Given the present status of the case, the Court believes that a hearing on the pending Motion to Modify and Enforce the Consent Judgment [R. 45] is necessary.[1] Accordingly, and the Court being sufficiently advised, a hearing on the pending motion [R. 45] is **SCHEDULED** for **Wednesday , December 18, 2019**, at the hour of **1:30 p.m.** at the United States District Courthouse in **Frankfort**, Kentucky.

This the 12th day of December, 2019.

---

[1] The Court recognizes there is a pending Motion to Intervene [R. 46] and a pending Motion to Strike. [R. 59.] However, while the Court will take these under consideration, this hearing is only regarding the pending Motion to Modify and Enforce the Consent Judgment. [R. 45.]

Gregory F. Van Tatenhove
United States District Judge

2