

December 16, 2019

**VIA ECF ONLY**

The Honorable Gregory F. Van Tatenhove
United States District Judge
313 John C. Watts Federal Building
330 West Broadway
Frankfort, Kentucky 40601

    Re:   *Judicial Watch, Inc. v. Grimes et al.*, **3:17-cv-00094-GFVT-EBA**   (E.D. Ky.)

To the Honorable Judge Van Tatenhove:

    We write on behalf of Plaintiff Judicial Watch in the above-captioned matter. The Court noticed a hearing on Judicial Watch's Motion to Modify and Enforce the Consent Judgment [ECF No. 45] for Wednesday, December 18, 2019 at 1:30 p.m. Plaintiff Judicial Watch submits this advisory to the Court in order to narrow possible hearing-related issues, to advise the Court on parties' progress coordinating witnesses, and to assist the Court in planning prior to the hearing. Of course, the below discussion and any recommendations therein are subject to the Court's approval.

    On Friday, December 13, 2019, Judicial Watch notified the other parties that it had identified at least three material witnesses with information related to the issues raised in its Motion. Those witnesses are: Defendant Secretary of State Alison Grimes, Kentucky State Board of Elections ("SBE") Executive Director Jared Dearing, and SBE Assistant Executive Director and General Counsel Jennifer Scutchfield. Counsel for Secretary Grimes and Ms. Scutchfield accepted service of subpoenas via email. Judicial Watch expects both to be present at Wednesday's hearing and available to testify. Judicial Watch has been advised that Mr. Dearing was previously scheduled to speak at an out-of-state conference that day. In order to limit hardship on Mr. Dearing and avoid disputes, Judicial Watch offered that it would not subpoena Mr. Dearing for the hearing provided the SBE

Hon. Van Tatenhove
December 16, 2019
Page | 2

agreed to stipulate to the authenticity of certain documents authored by Mr. Dearing and would support Judicial Watch's request to get Mr. Dearing's testimony at a mutually convenient time in the future. The SBE agreed to these requests.

Judicial Watch further requested information from the other parties about the number of witnesses, if any, each party would call at Wednesday's hearing. Plaintiff-Intervenor United States, which filed a brief in support of Judicial Watch's Motion [ECF No. 55], advised Judicial Watch that it did not intend to call its own witnesses. The United States did advise that it may examine some (or all) of the witnesses called by Judicial Watch. Regarding Defendant SBE, it advised that it had not yet determined what witnesses it might call, if any. Judicial Watch is still awaiting information about whether Secretary Grimes intends to call any witnesses.

Judicial Watch raises all of this because if additional witnesses are called beyond Secretary Grimes and Mrs. Scutchfield, one afternoon hearing may not provide sufficient time to take live testimony and hear arguments. Regardless, Judicial Watch has every interest in working with the other parties to reach a resolution on any issues that may arise at the hearing.

We greatly appreciate your Honor's time and attention to this matter. Plaintiffs are available at the Court's convenience to address any questions Your Honor may have.

Sincerely,

**JUDICIAL WATCH, INC.**

*s/ Russ Nobile*
T. Russell Nobile
Senior Attorney
Judicial Watch, Inc.

cc    counsel of record