UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>  Plaintiff, )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff-Intervenor, )<br>)<br>v. )<br><br>ALISON LUNDEGRAN GRIMES, et al.,<br><br>  Defendants. | Criminal No. 3:17-cv-00094-GFVT<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiff Judicial Watch's letter addressed to this Court on December 16, 2019. [R. 64.] In regard to the hearing on December 18, 2019, the Court's focus on the pending Motion to Modify and Enforce the Consent Judgment is primarily on the legal issues presented. Parties may have potential witnesses present at the hearing. The Court, however, will allow testimony only to the extent necessary as informed by the arguments presented at the hearing on the legal issues. The Motion Hearing is still scheduled for Wednesday, December 18, 2019, at the hour of 1:30 p.m. at the United States District Courthouse in Frankfort, Kentucky. [R. 63.]

This the 17th day of December, 2019.

Gregory F. Van Tatenhove
United States District Judge