UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION- FRANKFORT
CIVIL MINUTES-GENERAL

CASE NO: 3:17-cv-94-GFVT          AT: Frankfort          DATE: December 18, 2019

Case Style:   Judicial Watch, Inc. v. Grimes et al

PRESENT:   HON. _____ UNITED STATES DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

Colleen Dawkins            Sandy Wilder
Deputy Clerk               Court Reporter

| Attys Present for Plaintiffs: | Attys Present for Defendant Grimes: | Attys Present for Intervenor Plaintiff USA | Attys Present for Intervenor Dft State Board of Elections | Attys Present for Intervenor Dft Com. of Kentucky |
|---|---|---|---|---|
| Eric W. Lee | R. Kenyon Meyer | Jenigh J. Garrett | Daniel Luke Morgan | Brett RobertNolan |
| Mark A. Wohlander | Daniel O'Gara | John Albert Russ, IV | Jennifer Scutchfield | |
| Robert D. Popper | | Michelle Christine Rupp | | |
| T. Russell Nobile | | | | |

PROCEEDINGS: **MOTION HEARING**

This matter was called for hearing on Plaintiffs' Motion to Modify and Enforce the Consent Judgment [R. 45] with counsel present as noted. The Court having heard argument of counsel takes the motion under advisement. A separate order shall issue.

COPIES TO:  COR

Clerk's Initials: scd
TIC: 1/41