# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT FRANKFORT

Civil Action No. 3:17-cv-0094-GFVT
*Electronically Filed*

JUDICIAL WATCH, INC.,

    Plaintiff

UNITED STATES OF AMERICA,

    Intervenor Plaintiff

v.

ALISON LUNDERGAN GRIMES, in her official
capacity as Secretary of State, et al.

    Defendants

COMMONWEALTH OF KENTUCKY, et al.

    Intervenor Defendants

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.6(c), please take notice that Brett R. Nolan substitutes as counsel of record for the Commonwealth of Kentucky in place of Marc Griffin Farris. Mr. Farris is no longer employed by the Office of the Attorney General and must therefore withdraw from representing the Commonwealth in this case. Please serve all future filings and papers on Mr. Nolan at the following address:

    Brett R. Nolan
    Office of the Attorney General
    700 Capital Avenue, Suite 118
    Frankfort, Kentucky 40601
    Phone: (502) 696-5300
    Fax: (502) 564-2894
    Brett.Nolan@ky.gov

The Commonwealth of Kentucky, through the Attorney General, consents to this substitution of counsel.

        Respectfully submitted,

        /s/ Brett R. Nolan
        Brett R. Nolan
        Office of the Attorney General
        700 Capital Avenue, Suite 118
        Frankfort, Kentucky 40601
        Phone: (502) 696-5300
        Fax: (502) 564-2894
        Brett.Nolan@ky.gov

        /s/ Marc G. Farris (w/permission)
        Marc Griffin Farris
        Office of the Governor
        700 Capital Avenue, Suite 106
        Frankfort, Kentucky 40601
        Phone: (502) 564-2611
        Marc.Farris@ky.gov

## **CERTIFICATE OF SERVICE**

 I certify that on December 20, 2019, I filed the above document electronically using the Court's CM/ECF system, which will send a copy to counsel of record.

           /s/ Brett R. Nolan
           *Counsel for the Commonwealth of Kentucky*