UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| Plaintiff, | ) | Criminal No. 3:17-cv-00094-GFVT |
| V. | ) | |
| UNITED STATES OF AMERICA, | ) | **ORDER** |
| Plaintiff-Intervenor, | ) | |
| V. | | |
| ALISON LUNDERGAN GRIMES, et al., | | |
| Defendants. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on its own motion for purposes of docket management. Alison Lundergan Grimes, in her official capacity as the Secretary of State of the Commonwealth of Kentucky, filed a Motion to Quash a subpoena served by Judicial Watch on December 14, 2019. [R. 66.] The subpoena is in regard to a hearing that took place in this Court on December 19, 2020. Therefore, the Court believes the Motion to Quash was resolved prior to the hearing and is no longer relevant, however it remains pending on the Court's docket. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that Defendant's Motion to Quash **[R. 66]** is **DENIED AS MOOT**.

This the 25th day of March, 2020.

Gregory F. Van Tatenhove
United States District Judge

2