UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Plaintiff-Intervenor, )<br>)<br>v. )<br>)<br>ALISON LUNDERGAN GRIMES, et al., )<br>)<br>Defendants. ) | Civil No. 3:17-cv-00094-GFVT |

## MOTION TO WITHDRAW

The undersigned, R. Kenyon Meyer and Daniel O'Gara, respectfully move this Court pursuant to Local Rule 83.6 to enter the attached order granting them leave to withdraw as counsel for Defendant Michael G. Adams and relieving them of any further responsibility in this action. In support of this motion, the undersigned states that Defendant Michael G. Adams has consented to this withdrawal and that new counsel for Defendant Michael G. Adams will shortly enter an appearance in this matter.

Respectfully submitted,

/s/ Daniel J. O'Gara
R. Kenyon Meyer
Daniel J. O'Gara
Dinsmore & Shohl, LLP
101 S. Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 540-2300 (phone)
(502) 585-2207 (fax)
kenyon.meyer@dinsmore.com
daniel.ogara@dinsmore.com

*Counsel for Defendant Michael G. Adams,*
*in his official capacity as Secretary of State*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

/s/ Daniel J. O'Gara
*Counsel for Defendant Michael G. Adams,*
*in his official capacity as Secretary of State*

16618569.1