UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil No. 3:17-cv-00094-GFVT |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALISON LUNDERGAN GRIMES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter having come before the Court on the Motion to Withdraw filed by R. Kenyon

Meyer and Daniel O'Gara, to be relieved as counsel of record for Defendant Michael G. Adams,

in his official capacity as Secretary of State, the Court, having reviewed the record, and being

otherwise sufficiently advised, hereby SUSTAINS the Motion and R. Kenyon Meyer and Daniel

O'Gara are relieved as counsel of record for Defendant Michael G. Adams.

Entered on this the _____ day of _____ 2020.

TENDERED BY:

/s/ Daniel J. O'Gara
R. Kenyon Meyer
Daniel J. O'Gara
Dinsmore & Shohl, LLP
101 S. Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 540-2300 (phone)
(502) 585-2207 (fax)
kenyon.meyer@dinsmore.com
daniel.ogara@dinsmore.com
*Counsel for Defendant Michael G. Adams,*
*in his official capacity as Secretary of State*