UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. 3:17-cv-00094-GFVT |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| ALISON LUNDERGAN GRIMES, et al., ) | |
| ) | |
| Defendants. ) | |

**Notice of Entry of Appearance for Michael Adams,
in his official capacity as the Kentucky Secretary of State**

Please take notice that Michael R. Wilson hereby enters his appearance as counsel for the Defendant Michael G. Adams, in his official capacity as the Kentucky Secretary of State, and hereby request to receive copies of all filings made in this case.

Respectfully submitted,

*/s/ Michael R. Wilson*
Michael R. Wilson (michael.wilson@ky.gov)
Deputy General Counsel
Office of the Secretary of State
700 Capital Avenue
State Capitol, Suite 152
Frankfort, KY 40601
(502)782-7439
*Counsel for Michael G. Adams, in his official
capacity as Secretary of State of Kentucky*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

/s/ Michel R. Wilson

*Counsel for Defendant Michael G. Adams, in his official capacity as Secretary of State*