UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT
*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| **JUDICIAL WATCH, INC**, *et al.* | : | Case No. 3:17-cv-00094-GFVT |
| **v.** | : | |
| **MICHAEL ADAMS, in his official capacity** as Secretary of State, *et al.* | : | |

### NOTICE OF ENTRY OF APPEARANCE

Comes Taylor Brown, General Counsel for the Kentucky State Board of Elections, and hereby enters his appearance as counsel of record on behalf of defendant Kentucky State Board of Elections. Please send all future pleadings and correspondence to the undersigned at the below address.

Respectfully submitted,

Taylor Austin Brown
General Counsel
State Board of Elections
140 Walnut Street
Frankfort, Kentucky 40601
(502) 782-9499
TaylorA.Brown@ky.gov

BY: */s/ Taylor Brown*
Taylor Austin Brown
ATTORNEY FOR KENTUCKY STATE BOARD OF ELECTIONS

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of this Notice of Entry of Appearance was served via the Court's CM/ECF system this the 12th day of August 2020.

/s/ Taylor Brown
Taylor Austin Brown