IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION - FRANKFORT

| | |
|---|---|
| **JUDICIAL WATCH, INC.,**<br><br>Plaintiff,<br><br>**UNITED STATES OF AMERICA**,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>**MICHAEL ADAMS**, et al.,<br><br>Defendants. | Civil No. 3:17-CV-94-GFVT-EBA |

## NOTICE OF INTENT BY UNITED STATES TO APPEAR BY VIDEOCONFERENCE

On August 11, 2020, the Court scheduled a hearing for Friday, August 21, at 1:30 p.m. ECF No. 79. In accordance with the Court's scheduling order, the United States hereby provides notice that it intends to appear at the hearing by videoconference.

        Respectfully submitted,

        ERIC S. DREIBAND
        Assistant Attorney General
        Civil Rights Division


        */s/ Michelle Rupp*
        T. CHRISTIAN HERREN, JR.
        JOHN A. RUSS, IV
        MICHELLE RUPP
        Attorneys, Voting Section
        Civil Rights Division

U.S. Department of Justice  
4 Constitution Square  
150 M Street NE, Room 8.923  
Washington, D.C. 20530  
Telephone: (202) 305-0565  
Facsimile: (202) 307-3961  
Email: michelle.rupp@usdoj.gov

Date: August 14, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2020, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Michelle Rupp*
Michelle Rupp