UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION- FRANKFORT
CIVIL MINUTES-GENERAL

CASE NO: 3:17-cv-94-GFVT     AT: Frankfort     DATE: August 21, 2020

Case Style: Judicial Watch, Inc. v. Adams et al

PRESENT: HON. _____ UNITED STATES DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

Colleen Dawkins — Deputy Clerk
Sandy Wilder — Court Reporter

| Attys Present for Plaintiffs: | Attys Present for Defendant Adams: | Attys Present for Intervenor Plaintiff USA | Attys Present for Intervenor Dft State Board of Elections | Attys Present for Intervenor Dft Com. of Kentucky |
|---|---|---|---|---|
| Eric W. Lee<br>Mark A. Wohlander<br>Robert D. Popper<br>T. Russell Nobile<br>Christopher Coates | Michael Wilson | Michelle Christine Rupp | Daniel Luke Morgan<br>Taylor Brown | Heather Lynn Becker |

PROCEEDINGS: **MOTION HEARING**

This matter was called for hearing on Plaintiffs' Motion to Modify and Enforce the Consent Judgment [R. 45] with counsel present, in the courtroom and by video conferencing, as noted. Also present in the courtroom was Michael Adams, Kentucky Secretary of State. The Court having heard argument of counsel takes the matter under advisement. A separate order shall issue.

COPIES TO: COR
Clerk's Initials: scd
TIC: 0/43